# HESLIN ROTHENBERG FARLEY & MESITI P.C.

Robert E. Heslin
Jeff Rothenberg
Kevin P. Radigan
Susan E. Farley
Nicholas Mesiti
Philip E. Hansen*
Blanche E. Schiller
Wayne F. Reinke
David P. Miranda
Victor A. Cardona
Brett M. Hutton

*Patent Agent
†Technical Specialist

Of Counsel
Joseph L. Spiegel
Poughkeepsie, NY

### INTELLECTUAL PROPERTY LAW

PATENTS • TRADEMARKS • COPYRIGHTS

Attorneys at Law
5 Columbia Circle
Albany, New York 12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579
www.hrfmlaw.com

Kathy Smith Dias
David A. Pascarella
Lee Palmateer
John Pietrangelo*
Stephen M. Hladik
Alana M. Fuierer
John W. Boger
Surinder S. Punia†
Christine Ingraham
Shanna K. O'Brien
Erika J. Senska
Charles E. Bell

Of Counsel
Martha L. Boden
Jill M. Breedlove
Lawrence D. Cutter
Saul A. Seinberg

January 29, 2007

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York at Brooklyn
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Schonbek Worldwide Lighting Inc. v. The House of Chandeliers & Crystal
      Civil Action No.:    CV 06:5910
      Our File No.:        2350.131

Dear Judge Bianco:

Attached hereto please find a *Consent Judgment and Permanent Injunction Against Defendant The House of Chandeliers & Crystal* for your review, approval and signature to resolve the above-identified Civil Action.

Please do not hesitate to contact our offices should there be any questions.

Very truly yours,

HESLIN ROTHENBERG FARLEY & MESITI P.C.

*Susan E. Farley*

Susan E. Farley

SEF/lmc
Attachment

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SCHONBEK WORLDWIDE LIGHTING INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | |
| | ) | |
| THE HOUSE OF CHANDELIERS & CRYSTAL | ) | Civil Action No.: CV 06:5910 |
| | ) | |
| Defendant. | ) | |

## CONSENT JUDGMENT AND PERMANENT INJUNCTION
## AGAINST DEFENDANT THE HOUSE OF CHANDELIERS & CRYSTAL

WHEREAS, the above-captioned action was commenced by Schonbek Worldwide Lighting, Inc. (hereinafter "Plaintiff") filing a Complaint against Defendant The House of Chandeliers & Crystal ("Defendant HC&C") in this Court on October 31, 2006; and

WHEREAS, Defendant HC&C has consented to the entry of this CONSENT JUDGMENT AND PERMANENT INJUNCTION, in the form and substance as set forth herein;

NOW, THEREFORE, upon review of the relevant papers filed in this action, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. This Consent Judgment and Permanent Injunction is entered against Defendant HC&C, named in the Complaint.

2. The activities alleged in the Complaint, if allowed to be continued by Defendant HC&C, would result in irreparable harm to the Plaintiff.

3. Defendant HC&C, and all persons or other business entities in active concert, privity or participation with them, including officers, directors, shareholders,

-1-

agents, servants, employees, attorneys, successors and assigns, and sales representatives, shall be and hereby are permanently enjoined and restrained from:

        a.)    Importing, manufacturing, advertising, promoting, offering for sale, selling, replicating and/or inducing others to import, manufacture, advertise, promote, offer for sale, sell, replicate any lighting fixture or lighting fixture component which is substantially or confusingly similar to any Schonbek lighting fixture or lighting fixture component in the future ; and

        b.)    Importing, manufacturing, advertising, promoting, offering for sale, selling, replicating and/or inducing others to import, manufacture, advertise, promote, offer for sale, sell, replicate any lighting fixture or lighting fixture component that uses any technique, method or apparatus protected by any Schonbek utility patent; and

        c.)    Using any Schonbek catalog or other Schonbek marketing materials, including photographs, to sell any non-Schonbek product.

    4.    Defendant HC&C will recall and destroy all catalogs which contain or include the infringing Schonbek photographs that were distributed by Defendant HC&C and all persons or other business entities in active concert, privity or participation with them, and destroy all pages of said catalog which display Schonbek photographs and any other documents containing the infringing Schonbek photographs in its possession.

    5.    HC&C acknowledges the validity and enforceability of the Schonbek utility patents, design patents and copyrights asserted in the Complaint, and agrees not to contest or

assist anyone else in contesting the same.

SO ORDERED THIS _____ DAY OF _____, 2007.

_____
United States District Judge

Approved by:

THE HOUSE OF CHANDELIERS                    SCHONBEK WORLDWIDE
& CRYSTAL                                    LIGHTING, INC.

_____             _____
Esmat "Sam" Sidaros                          Susan E. Farley, Esq.
President                                    Heslin Rothenberg Farley & Mesiti P.C.
3210 Fondren Road                            5 Columbia Circle
Houston, Texas 77063                         Albany, New York 12203
Phone: (713) 266-9393                        Phone:  (518) 452-5600
                                             Attorney for Schonbek
                                                     Worldwide Lighting, Inc.